UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY LEON COVILLE,<br><br>         Petitioner,<br><br>  vs.<br><br>SPOKANE COUNTY SHERIFF,<br><br>         Respondent. | NO.  CV-08-130-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED PETITION** |

Magistrate Judge Hutton filed a Report and Recommendation on July 17, 2008, recommending Mr. Coville's First Amended Petition be dismissed for lack of jurisdiction as Mr. Coville was not in custody. After reviewing the Report and Recommendation and there being no objections, the Court **ADOPTS** the Report and Recommendation. The Petition is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Petitioner and close the file.

**DATED** this ____4th____ day of August 2008.

                                          S/ Edward F. Shea
                                          EDWARD F. SHEA
                                 UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\8cv130jph-8-4-dishc.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED PETITION -- 1